UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-22121-CIV-WILLIAMS

MARIO ALBO LARA,

    Petitioner,

vs.

JULIE JONES, *et al*

    Respondent.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Patrick A. White's report and recommendation (DE 39) ("Report") recommending that Lara's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as time-barred. Petitioner filed timely objections to the Report. (DE 42). Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 39) are **AFFIRMED AND ADOPTED**.

2. This action is **DISMISSED**.

3. All pending motions are **DENIED AS MOOT**.

4. No certificate of appealability shall issue.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 7th day of May, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:

**Mario Albo Lara**
086671
Calhoun Correctional Institution
Inmate Mail/Parcels
19562 SE Institution Drive
Blountstown, FL 32424